**Dismissed and Memorandum Opinion filed July 9, 2013.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-12-00824-CV

---

## MARTHA RANGEL GONZALEZ, Appellant

## V.

## VIRGILIO RAMON-SAVALZA, Appellee

---

**On Appeal from the 246th District Court
Harris County, Texas
Trial Court Cause No. 2011-23305**

---

### M E M O R A N D U M   O P I N I O N

This appeal is from a judgment signed August 3, 2012. No clerk's record has been filed. The clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On May 14, 2013, this court issued an order denying appellant's motion for reconsideration of the trial court's ruling sustaining the contest to her affidavit of indigence. On that date, this court directed appellant to pay or make arrangements

to pay for the record in this appeal.  The court further notified appellant that unless she provided the court with proof of payment for the record within fifteen days of the court's order, the court would dismiss the appeal for want of prosecution.  *See* Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Brown, Christopher, and McCally.